# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DWAYNE E. CLANTON and KENT P. MARCUS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 01-0900-BH-M |
| INTER.NET GLOBAL LTD., | ) ) |
| Defendant. | ) |

## ORDER

Pursuant to the mandate of the Eleventh Circuit Court of Appeals issued on February 8, 2006 (Doc. 166), it is **ORDERED** that **JUDGMENT** be entered in favor of the defendants, Inter.Net Global L.L.C. and Inter.Net U.S. Ltd., and against the plaintiffs, Dwayne Clanton, Jimmy Prince, and Kent P. Marcus.

**DONE** this 13th day of February, 2006.

s/ W. B. Hand<br>SENIOR DISTRICT JUDGE