## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DWAYNE E. CLANTON and            )
KENT P. MARCUS,                  )
                                 )
      Plaintiffs,                )
                                 )
v.                               )   CIVIL ACTION NO.
                                 )   01-0900-BH-M
INTER.NET GLOBAL LTD.,           )
                                 )
      Defendant.                 )

### JUDGMENT

    It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is

hereby entered in favor of the defendants, Inter.Net Global L.L.C. and Inter.Net U.S. Ltd.,

and against the plaintiffs, Dwayne Clanton, Jimmy Prince, and Kent P. Marcus.

    **DONE** this 13th day of February, 2006.

                                   s/ W. B. Hand      
                              SENIOR DISTRICT JUDGE